UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALI, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0155 CKD P<br><br><br><br>ORDER |

A review of the complaint filed in this matter reveals it is an amended version of a complaint already on file in 2:19-cv-2579 DMC. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall file the complaint in this matter as an amended complaint in 2:19-cv-2579 DMC and close this case.

Dated: February 5, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
fous0155.cls